UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 18-04991-JMC-7A |
| JERED D DUKE | ) |
| | ) |
| DEBTOR. | ) |

## REPORT OF POSSIBLE ASSETS AND
## NOTICE OF ABANDONMENT OF PROPERTY

Jenice Golson-Dunlap, in her capacity as the Chapter 7 Trustee of this bankruptcy proceeding, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk's office is requested to issue a Notice of Last Day To File Claims pursuant to Bankruptcy Rule 3002(c)(5).

NOTICE IS HEREBY GIVEN that all scheduled assets will be abandoned from the estate EXCEPT Debtor's non-exempt interest in FY 2018 federal and state tax refunds, interest in businesses and 25% of wages due and owing on petition date.

Date:   December 11, 2018                                /s/ JENICE GOLSON-DUNLAP
                                                        Jenice Golson-Dunlap, Chapter 7 Trustee
                                                        9101 N. Wesleyan Road, Suite 420
                                                        Indianapolis, IN 46268
                                                        (317) 263-3580
                                                        jenice.golsondunlap@caselinkweb.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Bruce G Arnold    bruce.arnold@huschblackwell.com
Lindsey A Greenawald    lindsey.greenawald@huschblackwell.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Kurt V. Laker    klaker@doylefoutty.com, bankruptcy@doylefoutty.com;agreenberg@doylefoutty.com
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Jessica S Owens    bankruptcy@doylelegal.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
A.J. Webb    awebb@fbtlaw.com, awebb@ecf.inforuptcy.com

I further certify that on December 11, 2018, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jered D Duke
1170 Fiesta Drive
Greenwood, IN 46143

/s/ JENICE GOLSON-DUNLAP
JENICE GOLSON-DUNLAP

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 18-04991 | Trustee Name: | (340580) JENICE GOLSON-DUNLAP TRUSTEE |
|---|---|---|---|
| Case Name: | DUKE, JERED D. | Date Filed (f) or Converted (c): | 06/29/2018 (f) |
| | | § 341(a) Meeting Date: | 08/07/2018 |
| For Period Ending: | 12/11/2018 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1170 Fiesta Drive, Greenwood, IN 46143-0000, Johnson County | 227,500.00 | 0.00 | OA | 0.00 | FA |
| | Single-family home, 2 story, 4 bedroom, 2.5 bath home originally purchased on contract in 2011 from Robert and Brenda Stanger (unrelated sellers). Debtor exercised the purchase option on the home in 2016 for $210,000. Current assessed value of home is $208,300.. Entire property value: $227,500.00 | | | | | |
| 2 | 2016 Cadillac Escalade, 20,000 miles | 0.00 | 0.00 | OA | 0.00 | FA |
| | Leased vehicle - titled in name of lessor GM Financial Location: 1170 Fiesta Drive, Greenwood IN 46143. Entire property value: $0.00 | | | | | |
| 3 | 1994 Ford F-150, 212,000 miles | 2,250.00 | 0.00 | OA | 0.00 | FA |
| | Location: 1170 Fiesta Drive, Greenwood IN 46143. Entire property value: $2,250.00 | | | | | |
| 4 | 2004 Ford F-150, 170,000 miles | 5,000.00 | 0.00 | OA | 0.00 | FA |
| | Location: 1170 Fiesta Drive, Greenwood IN 46143 Truck in possession of and driven by debtor's 23 year old son.. Entire property value: $5,000.00 | | | | | |
| 5 | 2009 Ford F-250 Truck, 125,000 miles | 25,000.00 | 0.00 | | 0.00 | FA |
| | Selling vehicle on contract to Molena Concrete but vehicle remains titled in debtor's name subject to lien of One Main Financial. Molena Concrete remits contractual payment to debtor who then remits said payment to One Main Financial.. Entire property value: $25,000.00 | | | | | |
| 6 | 2016 Ford F-150 truck, 29519 miles | 0.00 | 0.00 | OA | 0.00 | FA |
| | Location: 1170 Fiesta Drive, Greenwood IN 46143 Vehicle purchased by and titled in the name of GreenBar Contruction, Inc. in November 2016. Financed with Ally Financial but not personally guaranteed by the debtor. Debt of $38,914.92 exceeds the value of the vehicle. Vehicle scheduled because debtor drives the vehicle and it is in his possession. Vehicle has no value as to the debtor because he does not own it.. Entire property value: $0.00 | | | | | |
| 7 | Household furniture and electronics (full value with non-filing spouse is $3,500) Location: 1170 Fiesta Drive, Greenwood IN 46143 | 1,750.00 | 0.00 | OA | 0.00 | FA |
| 8 | Books and Pictures (full value with non-filing spouse is $500) Location: 1170 Fiesta Drive, Greenwood IN 46143 | 250.00 | 0.00 | OA | 0.00 | FA |
| 9 | 3 shotguns and 4 handguns (full value with non-filing spouse is $1,500) Location: 1170 Fiesta Drive, Greenwood IN 46143 | 750.00 | 0.00 | OA | 0.00 | FA |
| 10 | Clothing (full value with non-filing spouse is $500) Location: 1170 Fiesta Drive, Greenwood IN 46143 | 250.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 18-04991 | Trustee Name: | (340580) JENICE GOLSON-DUNLAP TRUSTEE |
|---|---|---|---|
| Case Name: | DUKE, JERED D. | Date Filed (f) or Converted (c): | 06/29/2018 (f) |
| | | § 341(a) Meeting Date: | 08/07/2018 |
| For Period Ending: | 12/11/2018 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Jewelry (full value with non-filing spouse is $2500) Location: 1170 Fiesta Drive, Greenwood IN 46143 | 1,250.00 | 0.00 | OA | 0.00 | FA |
| 12 | Dog | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Cash | 50.00 | 0.00 | OA | 0.00 | FA |
| 14 | Checking: JPMorgan Chase Bank, N.A. - Acct No. (xxxxx3850) | 300.00 | 0.00 | OA | 0.00 | FA |
| 15 | Checking: Checking Account with Wells Fargo Bank | 5.00 | 0.00 | OA | 0.00 | FA |
| 16 | GreenBar Construction, Inc. (Liabilities exceed assets), 100% ownership | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 17 | GreenBar LLC (Liabilities exceed assets), 100% ownership | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 18 | Possible 2018 federal tax refund due debtor and non-bankrupt spouse: Federal | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 19 | Possible 2018 Indiana tax refund due debtor and non-bankrupt spouse: State | 0.00 | 300.00 | | 0.00 | 300.00 |
| 20 | Term life insurance policy with Primerica (Policy No. xxxxxx8051) Insured: Jered D. Duke, Cameron Duke and Connor Duke Face Value is $500,000 No cash surrender value: Laura Duke | 0.00 | 0.00 | OA | 0.00 | FA |
| 21 | Unpaid 2012 judgment against Ann Nolting under 49K04-1201-SC-000716 (Laura Duke & Jered Duke vs. Ann Nolting) in the amount of $1,876.81. Ability to collect unknown. | 1,876.81 | 1,876.81 | OA | 0.00 | FA |
| 22 | Tools (Total value $1,000) Location: 1170 Fiesta Drive, Greenwood IN 46143 and 739 U.S. 31 South, Greenwood, IN 46143 | 500.00 | 0.00 | | 0.00 | FA |
| 23 | Earned but unpaid wages Location: 1170 Fiesta Drive, Greenwood IN 46143 | Unknown | 150.00 | | 0.00 | 150.00 |
| 24 | Desk, computer, printer, filing cabinet, book shelves & misc supplies (total value $500) Location: 1170 Fiesta Drive, Greenwood IN 46143 | 250.00 | 0.00 | OA | 0.00 | FA |
| 25 | Four trucks sold on contract | 0.00 | 0.00 | OA | 0.00 | FA |
| 25 | **Assets       Totals**     (Excluding unknown values) | **$266,981.81** | **$5,326.81** | | **$0.00** | **$3,450.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 18-04991  
**Case Name:** DUKE, JERED D.  

**For Period Ending:** 12/11/2018

**Trustee Name:** (340580) JENICE GOLSON-DUNLAP TRUSTEE  
**Date Filed (f) or Converted (c):** 06/29/2018 (f)  
**§ 341(a) Meeting Date:** 08/07/2018  
**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

Possible assets are 2018 non exempt tax refunds, 25% of debtor's wages, business interest.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 12/31/2019